Please STAMP and
Return this copy.

DEAR, Clerk

        MY NAme is Robert Camillo
    CASE # 96-9-Con

        A review of Records in this
MAtter Shows I WAS under the primary
Jurisdiction of Delaware Authorities and
in service of A 4-Year sentence at the
time my Federal sentence WAS imposed
The Judgment And Commitment order in
my Federal case WAS silent regarding
concurrent service with my previously
imposed state sentence, unless the
court specifies concurrent service from
initial Appearance March 11 1996 Federal
Appearance

                    THANK you, Sincerely



RECEIVED
OCT - 1 2007
BN
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Robert Camille # 03768-015

USP CANAAN

P.O. Box 300

WAYMART, PA 18472

Office of the Clerk

United States District Court

844 N. King Street, Lock Box 18

Wilmington, Delaware 19804-3570