FILED
JUN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

96 CR 09 JJF

6/26/08

Dear, Clerk of the Court

My name is Robert Camille
Case # 96 CR 9 JJF.)
Yes Clerk of the Court I would
kindly like to know who is the
Federal Public defender assign
to this case Robert Camille
Case # 96 CR 9 JJF.
Yes your assistance is this matter
would be highly helpful

Thank you, Sincerely
Robert Camille

Robert Camille # 03768-015
USP Canaan
P.O. Box 300
Waymart, PA
18472

U.S.M.
X-RAY

This correspondence is from an inmate currently in the custody of the Federal Bureau of Prisons

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware