IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT CAMILLE, )<br>)<br>Defendant. ) | Crim. Action. No. 96-09-LPS |

## MEMORANDUM ORDER

WHEREAS, the above defendant ("Defendant") having been sentenced to 175 months imprisonment on October 28, 1996 for car jacking and use of a firearm during and in relation to a violent crime. (D.I. 45)

WHEREAS, on September 29, 2013, Defendant filed a Motion "to Grant Good Faith for Time Served" (D.I. 90), and the Government filed a Response in Opposition (D.I. 92).

WHEREAS, this Court construes Defendant's motion as a request to order the United States Bureau of Prisons ("BOP") to recalculate his sentence. (*See* D.I. 90)

WHEREAS, this Court lacks the authority to grant Defendant the relief sought. *See O'Donald v. Johns*, 402 F.3d 172, (3d Cir. 2005) (holding federal courts defer to the BOP's interpretation of good time credit when reasonable); *see also e.g., Gonzalez v. Holt*, 173 Fed. Appx. 990 (3d Cir. 2006).

At Wilmington this 12th day of **December, 2013**, IT IS ORDERED that Defendant motion is **DENIED**, as this Court defers to the BOP's interpretation of good time credit.

_____
UNITED STATES DISTRICT JUDGE